# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISON

| | |
|---|---|
| NOVO NORDISK, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>BROOKSVILLE PHARMACEUTICALS INC.,<br><br>       Defendants. | **NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Case No. 8:23-cv-1503-WFJ-TGW |

Pursuant to Local Rule 3.01(i), Defendant Brooksville Pharmaceuticals, Inc., provides notice that on September 27, 2023, after Defendant filed its Reply Memorandum of Law (Dkt. No. 27), another federal district court issued a decision finding the same claim (under the Florida Deceptive and Unfair Trade Practices Act) with the same underlying allegations preempted by the Food Drug and Cosmetic Act:

 *Zyla Life Sciences, LLC v. Wells Pharma of Houston, LLC,* 2023 WL 6301651 (S.D. Tex. Sept. 27, 2023)

Dated: October 2, 2023

               By: /s/*Matthew J. Modafferi*
                  Matthew J. Modafferi
                  Frier & Levitt, LLC
                  *Attorneys for Defendant*
                  101 Greenwich Street, Ste 8B
                  New York, NY 10006
                  Tel: (646) 970-6882
                  Fax: (646) 524-5027
                  mmodafferi@frierlevitt.com