UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
**CLERK'S MINUTES - CIVIL**

| **CASE NO.** | 8:23-cv-1503-WFJ-TGW | **DATE:** | January 27, 2025 |
|---|---|---|---|
| **HONORABLE THOMAS G. WILSON** | | **INTERPRETER:** | N/A |
| NOVO NORDISK INC.<br><br>v.<br><br>BROOKSVILLE PHARMACEUTICALS INC. | | **LANGUAGE:** | N/A |
| | | **PLAINTIFF COUNSEL**<br>Kurt Calia, Ethan Arthur | |
| | | **DEFENSE COUNSEL**<br>Matthew Modafferi | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Karina Nieves |
| **TIME:** 2:35 PM to 3:26 PM | **TOTAL:** 51 mins | **COURTROOM:** | 12A |

**PROCEEDING**: Amended Motion to Compel Discovery (Doc. 87), Motion for a Revised Scheduling Order (Doc. 109)

- Court in session.
- All parties are present in the courtroom and identified for the record.
- Oral arguments made.
- The Amended Motion to Compel Discovery is denied.
- The Motion for a Revised Scheduling Order is denied.
- Order to follow.
- Court adjourned.