**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:23-cv-1503-WFJ-TGW | **DATE:** March 6, 2025 |
|---|---|
| **HONORABLE WILLIAM F. JUNG** ||
| **NOVO NORDISK INC.,**<br><br>      Plaintiff<br><br>v.<br><br>**BROOKSVILLE PHARMACEUTICALS INC.,**<br><br>      Defendant | **PLAINTIFF COUNSEL**<br>Michelle Juarez, Michael Imbroscio, Ethan Arthur, Cara Souto, Amee Frodle, Alezeh Rauf, Kurt Calia, Gregory Halperin, Jordan Cohen, and Michael Imbroscio, Retained<br><br>**DEFENDANT COUNSEL**<br>Matthew Modafferi, Retained |
| **COURT REPORTER:** Tana Hess | **DEPUTY CLERK:** Javaris Gooding-Butts |
| **TIME:** 2:01 PM - 2:19 PM<br>**TOTAL:** 18 Minutes | **COURTROOM:** 15B |

**PROCEEDINGS:**   Status Conference

Court in session.

Counsel identified for the record.

The Court addressed the pending motion with the parties.

The Court Orders the parties to file any additional arguments regarding sealing by the close of business on March 12, 2025. And the Court will file an Order to follow.

The Court sets the case for Bench Trial in the July 2025 Trial Term.

The Court Orders the parties to confer and decide on a July trial week, date certain, by the close of business on March 12, 2025.

The Court Orders the parties to file a new Case Management Report by the close of business on March 12, 2025.

Until Further Order from the Court, everything that is under sealed will remain under seal.

Court Adjourned.