# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| NOVO NORDISK INC., <br><br> Plaintiff, <br><br> v. <br><br> BROOKSVILLE PHARMACEUTICALS INC., <br><br> Defendant. | Case No. 8:23-cv-1503-WFG-TGW <br> Judge William F. Jung <br> Magistrate Judge Thomas G. Wilson |

## NOTICE OF APPEAL

Plaintiff Novo Nordisk, Inc., hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the amended final judgment entered on July 1, 2025 (Dkt. 201), and all orders, rulings, and findings merged with the judgment, including but not limited to the Order granting Defendant's motion to dismiss without prejudice on November 8, 2023 (Dkt. 33), and the Order entering judgment for Defendant on May 12, 2025 (Dkt. 187).

Dated: July 30, 2025

Respectfully submitted,

By: /s/ Jordan S. Cohen
Jordan S. Cohen, Esquire
Florida Bar No. 551872
JCohen@wickersmith.com
WICKER SMITH O'HARA MCCOY
& FORD, P.A.
515 E. Las Olas Boulevard

SunTrust Center, Suite 1400
Ft. Lauderdale, FL 33301
Phone: (954) 847-4800
Fax: (954) 760-9353

Gregory L. Halperin (*admitted pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building,
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1166
ghalperin@cov.com

Michael X. Imbroscio (*admitted pro hac vice*)
Amee Frodle (*admitted pro hac vice*)
Alezeh Rauf (*admitted pro hac vice*)
Cara E. Souto (*admitted pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
mimbroscio@cov.com
afrodle@cov.com
arauf@cov.com
csouto@cov.com

Kurt G. Calia (*admitted pro hac vice*)
COVINGTON & BURLING LLP
3000 El Camino Real, 5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
(650) 632-4700
kcalia@cov.com

***Attorneys for Plaintiff***
***NOVO NORDISK INC.***

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically send a notice of electronic filing to all counsel of record.

                                                */s/ Jordan S. Cohen*
                                                Jordan S. Cohen